# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOM TRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendants. | Case No: 17CV2521-DMS-BLM<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND (4) REMANDING FOR FURTHER PROCEEDINGS** |

      On December 15, 2017, Plaintiff Thom Tran filed a complaint seeking judicial review of the denial of her application for Social Security Disability Insurance Benefits for lack of disability. (ECF No. 1). On July 24, 2018, the Social Security Commissioner ("Defendant") filed a motion to dismiss, which the Court granted, on the basis that Plaintiff had not exhausted her administrative remedies. (ECF No. 17, 24). On June 18, 2021, Plaintiff filed a motion requesting to reopen the case. (ECF No. 28, 38). The Court granted Plaintiff's motion and the case was reopened. (ECF No. 38).

      The parties filed cross-motions for summary judgment, and on March 29, 2022, Magistrate Judge Barbara L. Major issued a Report and Recommendation ("R&R")

recommending that the Court grant Plaintiff's motion for summary judgment, deny Defendant's cross-motion for summary judgment, and remand the case for further proceedings. (ECF No. 46). Defendant did not file an objection to the R&R.

The Court, having reviewed de novo the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation in full and GRANTS Plaintiff's motion for summary judgment, DENIES Defendant's cross-motion for summary judgment, and REMANDS the case for further proceedings. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

Dated: April 27, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court